# IN THE SUPREME COURT OF THE STATE OF NEVADA

VANCE COAN,

          Appellant,

vs.

ROSALIE BACLET,

          Respondent.

No. 79936

**FILED**

DEC 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order granting a motion to dismiss a complaint. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. It appears that the notice of appeal was prematurely filed after the filing of a timely tolling motion for reconsideration. *See* NRAP 4(a)(4); *AA Primo Builders, LLC v. Washington*, 126 Nev. 578, 585, 245 P.3d 1190, 1195 (2010) (explaining when a post-judgment motion for reconsideration is treated as a tolling motion under NRAP 4(a)(4)(C)). To date, it appears that the tolling motion remains pending in the district court. It thus appears that this court lacks jurisdiction, *see* NRAP 4(a)(6) ("A premature notice of appeal does not divest the district court of jurisdiction."), and this court

ORDERS this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-49822

cc: Hon. Scott N. Freeman, District Judge
Vance Coan
Robertson, Johnson, Miller & Williamson
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A